COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Zurich American Insurance Company v. Sandra A. Debose

Appellate case number:   01-13-00344-CV

Trial court case number:  2006-54103

Trial court:                    133rd District Court of Harris County

It is **ordered** that the motion for en banc consideration is denied.

Judge's signature: /s/ Laura C. Higley
                             Acting for the Court

En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Sharp, Massengale, Brown, and Huddle.

A majority of the justices of the Court voted to deny the motion for en banc reconsideration.

Justice Sharp dissents, without opinion, from the denial of the motion for en banc reconsideration.

Date: November 25, 2014